UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ANDREW TORO,** *on behalf of himself and all others similarly situated*, <br><br>                 **Plaintiff,** <br><br> -against- <br><br> **FSP BOOKS, INC.,** <br><br>                 **Defendants.** | 22-CV-7078 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

    Due to a change in the Court's calendar, the pre-motion conference scheduled for April 27 is adjourned to **Wednesday, May 3 at 3:30 p.m**.  The parties shall contact the Court at **1-888-363-4749** (access code: **3768660**).

**SO ORDERED.**

Dated:  April 21, 2023
         New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                United States District Judge