

**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007                                                                                      April 25, 2023

      Re:   *Toro v. FSP Books, Inc., Case 1:22-cv-07078*
               <u>Request for Adjournment of Pre-motion Conference</u>

Dear Judge Carter:

      Plaintiff submits this letter-motion to seek an adjournment of the pre-motion conference, currently scheduled for May 3, 2023. Counsel will be traveling out of the country and unable to attend the conference. Plaintiff proposes a new date of June 7 2023, or a date more convenient to the Court. This is the first time this relief is being requested and both Parties consent.

      We thank the Court for its attention and consideration of this matter.

                              Respectfully submitted,

                              <u>*/s/ Mars Khaimov*</u>
                              Mars Khaimov, Esq.
                              Attorney for Plaintiff

