UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ANDREW TORO,** *on behalf of himself and all others similarly situated*, <br><br> **Plaintiff,** <br><br> -against- <br><br> **FSP BOOKS, INC.,** <br><br> **Defendants.** | **22-CV-7078 (ALC)** <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' motion to adjourn the pre-motion conference scheduled for May 3 at 3:30 p.m. (ECF No. 16.) This request is **GRANTED**. The pre-motion conference is adjourned to **Wednesday, June 7th at 11:00 a.m.** The parties shall contact the Court at **1-888-363-4749** (access code: **3768660**).

**SO ORDERED.**

Dated: April 27, 2023
　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　ANDREW L. CARTER, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge