UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW TORO, *on behalf of himself and all others similarly situated*,<br><br>       **Plaintiff,**<br><br>  -against-<br><br>FSP BOOKS, INC.,<br><br>       **Defendants.** | 22-CV-7078 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  Due to a change in the Court's calendar, the pre-motion conference scheduled for June 7 at 11:00 A.M. is rescheduled to **Monday, June 5th at 11:00 a.m.** The parties shall contact the Court at **1-888-363-4749** (access code: **3768660**).

**SO ORDERED.**

Dated: May 10, 2023
    New York, New York

                      **ANDREW L. CARTER, JR.**
                      **United States District Judge**