UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ANDREW TORO,** *on behalf of himself and all others similarly situated*, <br><br> **Plaintiff,** <br><br> -against- <br><br> **FSP BOOKS, INC.,** <br><br> **Defendants.** | **22-CV-7078 (ALC)** <br><br> <u>**ORDER**</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a change in the Court's calendar, the pre-motion conference scheduled for June 5th at 11:00 A.M. is rescheduled to **June 5th at 4:30 p.m.** The parties shall contact the Court at **1-888-363-4749** (access code: **3768660**).

**SO ORDERED.**

Dated: May 23, 2023
       New York, New York

*[signature]*

ANDREW L. CARTER, JR.
United States District Judge